**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

United States of America,
    Plaintiff,

vs.                               Case No. 1:10-cr-79-2

Orlando Robertson,
    Defendant

## ORDER

Upon Defendant's showing of his inability to retain counsel, defendant is granted leave to appeal *in forma pauperis*. The United States Court of Appeals for the Sixth Circuit will appoint counsel to represent defendant on appeal.

Date: January 24, 2012                       s/Sandra S. Beckwith
                                                      Sandra S. Beckwith, Senior Judge
                                                      United States District Court